| | |
|---|---|
| 1 | Nicole Y. Blohm (Bar No. 177284) |
|   | nblohm@mmhllp.com |
| 2 | Grant E. Ingram (Bar No. 242785) |
|   | gingram@mmhllp.com |
| 3 | MESERVE, MUMPER & HUGHES LLP |
|   | 1000 Wilshire Boulevard, Suite 1860 |
| 4 | Los Angeles, California 90017-2457 |
|   | Telephone:  (213) 620-0300 |
| 5 | Facsimile:  (213) 625-1930 |
| 6 | Attorneys for Defendant |
|   | LIFE INSURANCE COMPANY OF NORTH AMERICA |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RADHIKA TRIPURANENI, | ) | Case No. 3:21-cv-08569-RS |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; AND ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) | Judge:  Hon. Richard Seeborg |
| | ) | Ctrm:   3 - 17th Floor |
| | ) | |
| Defendant. | ) | Complaint Filed:   November 3, 2021 |
| | ) | |

IT IS HEREBY STIPULATED, by and between Plaintiff RADHIKA TRIPURANENI and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, by and through their attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Each party shall bear its own attorneys' fees and costs.

The Parties further stipulate and request that all dates set in this matter be vacated and taken off the Court's calendar.

/ / /

/ / /

/ / /

/ / /

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

178079.1

1

Case No.  3:21-cv-08569-RS
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; [PROPOSED] ORDER

The Parties seek the Court's approval of the dismissal of the action with prejudice.

**IT IS SO STIPULATED**.

Dated:  December 27, 2021    Frank N. Darras
Susan B. Grabarsky
Phillip S. Bather
DARRAS LAW


By:  */s/ Phillip S. Bather*
Phillip S. Bather
Attorneys for Plaintiff
RADHIKA TRIPURANENI


Dated:  December 27, 2021    Nicole Y. Blohm
Grant E. Ingram
MESERVE, MUMPER & HUGHES LLP


By:  */s/ Grant E. Ingram*
Grant E. Ingram
Attorneys for Defendant
LIFE INSURANCE COMPANY OF
NORTH AMERICA

## FILER'S ATTESTATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

178079.1

2

Case No.  3:21-cv-08569-RS
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; [PROPOSED] ORDER

***ORDER***

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 3:21-cv-08569-RS, is dismissed in its entirety as to all defendants with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates previously set in this matter are hereby vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: December 27, 2021

Hon. Richard Seeborg
United States District Court Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

178079.1

1

Case No. 3:21-cv-08569-RS
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; AND [PROPOSED] ORDER